

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**JESSICA OCHOA**
*Senior Counsel*
phone: (212) 356-3159
jochoa@law.nyc.gov

February 6, 2026

**VIA E.C.F.**
Honorable George B. Daniels
United States District Court
Southern District of New York
40 Foley Street
New York, New York 10007

SO ORDERED

The conference scheduled for March 18, 2026 is
adjourned to March 25, 2026 at 9:45 a.m.

*George B Daniels*

FEB 0 9 2026

HON. GEORGE B. DANIELS

Re:   *Alexandra Munoz v. City of New York, et al.,* 25-CV-8205 (GBD)

Your Honor:

I am an Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and an attorney representing the City Defendants in the above-captioned matter. Defendants write to respectfully request an adjournment of the initial conference currently scheduled for March 18, 2026. Plaintiff's counsel consents to this request.

On January 30, 2026, Plaintiff's counsel requested an adjournment of the initial conference previously scheduled for February 4, 2026. *See* ECF No. 18. Plaintiff's request was granted and the initial conference was rescheduled to March 18, 2026 at 9:45 am. *See* ECF No. 19.

Defendants' counsel is set to appear at a previously scheduled initial conference in the Eastern District of New York, in the matter of *Ozeri v. The City of New York, et al.* (25-cv-6462) at 10:00 am on March 18, 2026. Defendants now request an adjournment of the initial conference currently scheduled for March 18, 2026 in order to allow counsel to attend the initial conference in *Ozeri*. The parties have conferred and are available on the following dates:

- March 25, 2026

- March 27, 2026

- March 30, 2026

I thank the Court for its time and consideration herein.

Respectfully submitted,

_____*/s/ Jessica Ochoa*_____

Jessica M. Ochoa
*Senior Counsel*

cc:  Jessica Massimi, Esq.
*Attorney for Plaintiff*