

STEVEN BANKS
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

JESSICA OCHOA
*Senior Counsel*
phone: (212) 356-3159
jochoa@law.nyc.gov

March 20, 2026

**SO ORDERED**

**VIA E.C.F.**
Honorable George B. Daniels
United States District Court
Southern District of New York
40 Foley Street
New York, New York 10007

*George B. Daniel*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

**MAR 2 4 2026**

Re:    *Alexandra Munoz v. City of New York, et al.,* 25-CV-8205 (GBD)

Your Honor:

I am an Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and an attorney representing the City Defendants in the above-captioned matter. Defendants write on behalf of the parties to respectfully request that a mediation be scheduled under the Section 1983 Plan.

Presently, an initial conference is scheduled for March 25, 2026 at 9:30 am. *See* ECF No. 20. The parties have exchange initial disclosures and Plan disclosures in accordance with the 1983 Plan. The parties have conferred and believe that an early mediation would be beneficial. As such, the parties respectfully request that the Court schedule an early mediation as part of the Section 1983 Plan and adjourn all relevant deadlines, including the initial conference scheduled for March 25, 2026 at 9:30 am.

The parties thank the Court for its time and consideration herein.

Respectfully submitted,

/s/ *Jessica Ochoa*

Jessica M. Ochoa
*Senior Counsel*

cc:    All Counsel (via ECF)